IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY N., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:26-cv-891-K-BN |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States District Judge Ed Kinkeade referred this social security appeal to the undersigned United States magistrate judge under 28 U.S.C. § 636(b) and a standing order of reference. *See* Dkt. No. 11.

The Commissioner of Social Security has filed an Unopposed Motion for Entry of Judgment with Remand pursuant Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g). *See* Dkt. No. 22.

Under 42 U.S.C. § 405(g), the Court has the authority to remand this case to the Commissioner for further proceedings. Having reviewed the motion, and for good cause thereon, the undersigned recommends the Court grant the motion [Dkt. No. 22], enter judgment reversing the decision of the Commissioner, and remanding this case to him for further administrative proceedings pursuant to sentence four of Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**Recommendation**

The Court should grant the motion and enter judgment remanding the case.

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. And any party who objects to any part of these findings, conclusions, and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions, and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

DATE: October 8, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE